UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ELESAIO BEN GUZM MAESTAS,<br><br>Petitioner,<br><br>v.<br><br>B. EISCHEN; FPC DULUTH; and FBOP,<br><br>Respondents. | Case No. 25-cv-1985 (LMP/SGE)<br><br><br>**ORDER ADOPTING<br>REPORT AND RECOMMENDATION** |

---

This matter is before the Court on the May 16, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge Shannon G. Elkins, which recommends dismissing the pending habeas petition. *See* ECF No. 4. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

### ORDER

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 4) is **ADOPTED IN FULL**; and

2. The Petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 30, 2025            *s/Laura M. Provinzino*
                                Laura M. Provinzino
                                United States District Judge